Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 18, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 18, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01069-CV

____________

 

IN RE CHARLES WILLY ALPINE, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
November 28, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to conditionally grant a writ of mandamus directed at
the Honorable Judge Jan Krocker, presiding judge of the 184th District Court of
Harris County.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 18, 2007.

Panel consists of Justices Anderson,
Hudson and Guzman.